**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed December 7, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00539-CV

### SYED RAZA, Appellant

### V.

### PRITAM TOOR, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2020-67007**

## MEMORANDUM OPINION

This is an appeal from a final judgment signed August 27, 2021. On November 30, 2021, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.